JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED OPTICAL TRACKING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DELKIN DEVICES, INC.,<br><br>    Defendant. | C.A. No. 8:13-cv-01418-JLS-JPR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Presently before this Court is Plaintiff Advanced Optical Tracking, LLC's ("AOT") and Defendant Delkin Devices, Inc.'s Stipulation of Dismissal Without Prejudice

The dismissal is hereby GRANTED.  IT IS HEREBY ORDERED that all claims brought by Plaintiff Advanced Optical Tracking, LLC against Defendant Delkin Devices, Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Date: February 20, 2014

JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Judge